UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RONALD POINDEXTER** | **CIVIL ACTION** |
| versus | **NO. 14-2267** |
| **N. BURL CAIN** | **SECTION: "C" (1)** |

### O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the Objection to the Magistrate Judge's Report and Recommendation filed by Petitioner, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal application for *habeas corpus* relief filed by **Ronald Poindexter** is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 1st day of June, 2015.

**UNITED STATES DISTRICT JUDGE**